**Order entered September 11, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00257-CV

### SUN TEC COMPUTER, INC., ET AL., Appellants

### V.

### THE RECOVAR GROUP, LLC, TAX DEBT ACQUISITION COMPANY, LLC, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-00745**

## ORDER

We **GRANT** appellants' September 9, 2014 motion for extension of time to file reply brief and **ORDER** the brief be filed no later than September 19, 2014. No further extensions will be granted absent exigent circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE